```
                                                    FILED
                                                2009 MAR 25 PM 1:08

                                              CLERK US DISTRICT COURT
                                            SOUTHERN DISTRICT OF CALIFORNIA

                                            BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE MICHAEL M. ANELLO)

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>        Plaintiff,                   )<br>                                      )<br> v.                                   )<br>                                      )<br> GUSTAVO A. CANIZALES-SANDOVAL,       )<br>                                      )<br>        Defendant.                    )<br> _____) | Case No. 08CR4205-MMA<br><br>ORDER CONTINUING MOTION HEARING/TRIAL SETTING |

**IT IS HEREBY ORDERED** that the motion hearing/trial setting currently scheduled for March 27, 2009, be rescheduled to <u>Friday, April 17, 2009, at 1:30 p.m.</u>

**IT IS SO ORDERED.**

DATED: 3-25-09

_____
HONORABLE MICHAEL M. ANELLO
United States District Judge